**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

LAWRENCE YATES ,
    Plaintiff,

-vs-                                                    Case No.  1:14-CV-324

CITY OF FAIRFIELD,
    Defendant.

## JUDGMENT IN A CIVIL CASE

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**        **Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation (doc. 4) of the Magistrate Judge is ADOPTED. Plaintiff's Complaint is DISMISSED with prejudice.  Any request for certificate of appealability or request to appeal in form pauperis would not be taken in good faith and would be denied.

Date:  June 11, 2014                                        JOHN P. HEHMAN, CLERK

                                                            By:s/Emily Bromwell Hiltz
                                                            Emily Bromwell Hiltz,  Deputy Clerk